# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA M. COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>　　　　Defendant. | Case No.: 1:20-CV-01082-NONE-JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br>(Doc. 18) |

For the reasons set forth in the stipulation to amend the case schedule (Doc. 18), the Court **GRANTS** the stipulation and **ORDERS** the case schedule amended as follows:

　　1.　　The parties **SHALL** complete all non-expert discovery **no later than August 30, 2021**;

　　2.　　The parties **SHALL** complete all expert discovery **no later than November 15, 2021.** They **SHALL** disclose their experts **no later than September 17, 2021** and their rebuttal experts, if any, **no later than October 15, 2021**;

　　3.　　The parties **SHALL** file non-dispositive motions, if any, **no later than November 29, 2021** to be heard **no later than December 27, 2021**;

　　4.　　The parties **SHALL** file dispositive motions, if any, **no later than January 10, 2022** to be heard **no later than February 21, 2022**;

///

1

5. The pre-trial conference is **CONTINUED** to **June 13, 2022** at 1:30 p.m.

IT IS SO ORDERED.

Dated: __**June 7, 2021**__ _____ /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE